# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 6:16CR00002-001        **Date:** August 10, 2016

**Defendant:** Mario LaShawn Clinton (Custody)        **Counsel:** Robert E. Dean, II (Retained)

PRESENT:   JUDGE:            Norman K. Moon    TIME IN COURT: 3:22 – 3:47 p.m. (25 mins.)
           Deputy Clerk:     Carmen Amos
           Court Reporter:   Darlene Owings/Cavalier Reporting (sworn)
           U. S. Attorney:   Laura Rottenborn & Kari Munro
           USPO:             Kim Davis
           Case Agent:       Sean McCafferty, USPIS
           Interpreter:      N/A

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Counts 1, 20 & 21.
- ☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts 1, 20 & 21.
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1, 20 & 21 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for November 10, 2016 at 2:00 p.m. in Lynchburg before Judge Moon.

Additional Information:

Additional Information: